*Charles E. Hardies* and *William J. Crangle* for appellant. *Edward R. Hall* for respondent.

Judgment affirmed, with costs; appeal from order dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J.; POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO, J.

---

In the Matter of the Accounting of HARRIET L. BARDIN, as Executrix of JAMES H. BARDIN, Deceased.

MABEL A. STONE, Appellant; HARRIET L. BARDIN, as Executrix, Respondent.

*Decedent's estate — contract — claim for services rendered testator on alleged promise to leave claimant his property — allowed for value of services performed within six years of death.*

*Matter of Bardin*, 213 App. Div. 843, affirmed.

(Argued January 19, 1926; decided February 24, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 11, 1925, modifying and affirming as modified a decree of the Washington County Surrogate's Court which allowed a claim against the estate of James H. Bardin, deceased, for services alleged to have been rendered decedent in his lifetime, " for which said deceased promised to pay by leaving to claimant by will his property." The Appellate Division held that the only agreement made by testator was that he would will his property to claimant on condition that she remained with him; that in the year 1911 she married and left his home and did not remain with him; that he did not fail to keep his agreement; that within six years prior to his death claimant performed services for eighty weeks, the reasonable value of which was $240.

*Erskine C. Rogers* and *W. E. Young* for appellant.
*Walter A. Chambers* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO, J.